ACCEPTED
05-23-00874-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/4/2024 1:54 PM
RUBEN MORIN
CLERK

No. 05-23-00874-CV

IN THE COURT OF APPEALS
FOR THE FIFTH JUDICIAL DISTRICT
DALLAS, TEXAS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/4/2024 1:54:19 PM
Ruben Morin
Clerk

MARIA DE LOS ANGELES RODRIGUEZ, INDIVIDUALLY AND AS THE
ADMINISTRATOR OF THE ESTATE OF GABRIEL VELA, DECEASED,
AMANDA LOPEZ VELA AND JOSE G. VELA,
*Appellants,*

v.

OGT, LLC, DELAWARE G&P, LLC, AND ENLINK MIDSTREAM
OPERATING, LP,
*Appellees.*

## APPELLEES' SECOND UNOPPOSED
## MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE COURT OF APPEALS:

Appellees Delaware G&P, LLC and Enlink Midstream Operating, LP respectfully request a 30-day extension of time to file their Brief under Texas Rules of Appellate Procedure 10.5(b) and 38.6(d). Appellees' Brief is currently due March 8, 2024. Appellees request an extension of 30 days from the current deadline, making the Brief due April 8, 2024.

This is Appellees' second request for an extension to file their Brief. Appellees' counsel needs additional time to prepare and file the Brief because

counsel has been diligently working to comply with multiple concurrent deadlines and briefing requirements, including (but not limited to) the following:

- Cause No. 04-24-00121-CV; *In re Key Energy Services and Abel Guerrero*; in the Fourth Court of Appeals of San Antonio, Texas (Petition for Writ of Mandamus filed February 20, 2024);

- Cause No. 202158169; *Jennifer Locklear v. Juan Gomez and ABC Professional Tree Services, Inc.*; in the 55th District of Harris County, Texas (Pretrial pleadings filed on February 26, 2024);

- Cause No. C-0340-23-D; *Rene Guadalupe Lara, Jr. v. Gerardo Bocanegra, et al.*; in the 206th District of Hidalgo County, Texas (Mediation on February 26, 2024);

- Cause No. 2023-12676; *Hannah Rogers, et al. v. Henry Lopez, et al.*; in the 164th District of Harris County, Texas (Deposition on February 28, 2024);

- Cause No. DC-19-18649; *Li Huang et al. v. NorthPark Partners, L.P., et al.*; in the 134th District of Dallas County, Texas (Response to Motion for Spoliation filed on February 29, 2024);

- Cause No. CV59238; *Mark Ciarkowski v. J&W Services and Equipment Company, et al.*; in the 238th Judicial District of Midland County, Texas (Deposition on February 29, 2024);

- Cause No. 2021-38749; *Alicia Lozano a/n/f of M.A.P., a Minor v. Ches-Lee Enterprises d/b/a American Fireworks, et al.*; in the 295th Judicial District of Harris County, Texas (Hearing on Defendant's No-Evidence Motion for Summary Judgment on March 4, 2024);

- Cause No. 2022CCV-61553-2; *Shawn Brown v. H&S Constructors, Inc.*; in the County Court at Law No. 2 of Nueces County, Texas (Deposition on March 6, 2024);

- Cause No. DC-19-18649; *Li Huang et al. v. NorthPark Partners, L.P., et al.*; in the 134th District of Dallas County, Texas (Hearing on Motion for Spoliation on March 7, 2024);

- Cause No. 2023-000976-2; *Nastasi Bizimana v. Mitchell Alvarez Rivera, et al.*; in the County Court at Law No. 2 of Tarrant County, Texas (Mediation on March 7, 2024);

- Cause No. 22-DCV-295852; *Danielle Cantu et al. v. Miguel Espinosa, et al.*; in the 268th District of Fort Bend County, Texas (Hearing on Motion for Summary Judgment on March 11, 2024); and

- Cause No. 23-0801; *In re Tri-National, Inc.*; in the Supreme Court of Texas (Reply in Support of Petition for Writ of Mandamus due on March 14, 2024).

All other counsel in the case have indicated they are **<u>unopposed</u>** to this Motion.

For these reasons, Appellees request that this Court grant an extension of time to file the Brief, making it due on or before April 8, 2024.

Respectfully submitted,

*/s/ Andrew C. Nelson*
Andrew C. Nelson
State Bar No. 24074801
Brittany R. Greger
State Bar No. 24097766
WRIGHT CLOSE & BARGER, LLP
One Riverway, Suite 2200
Houston, Texas 77056
(713) 572-4321 Telephone
(713) 572-4320 Facsimile
nelson@wrightclosebarger.com
greger@wrightclosebarger.com

J.J. Knauff
State Bar No. 24032517
MILLER KNAUFF LAW FIRM
Three Forest Plaza
12221 Merit Drive, Suite 1210
Dallas, Texas 75251
(469) 916-2552 Telephone
(469) 916-2555 Facsimile
jknauff@mklawpc.com

**COUNSEL FOR APPELLEES
DELAWARE G&P, LLC AND
ENLINK MIDSTREAM OPERATING,
LP**

4

## CERTIFICATE OF CONFERENCE

As required by Texas Rule of Appellate Procedure 10.1(a)(5), Appellees' counsel conferred with counsel for Appellants, who indicated that they are **not** opposed to the relief sought in this motion.

/s/ Andrew C. Nelson
Andrew C. Nelson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the following counsel of record by e-service on March 4, 2024, in accordance with the Texas Rules of Appellate Procedure.

/s/ Andrew C. Nelson
Andrew C. Nelson

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Annie Martin on behalf of Andrew Nelson
Bar No. 24074801
martin@wrightclosebarger.com
Envelope ID: 85162326
Filing Code Description: Motion
Filing Description: Appellees' Second Unopposed Motion for Extension of Time to File Brief
Status as of 3/4/2024 1:57 PM CST

Associated Case Party: Maria de los Angeles Rodriguez

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| David S.Coale | | dcoale@lynnllp.com | 3/4/2024 1:54:19 PM | SENT |
| Kay Ridenour | | kridenour@lynnllp.com | 3/4/2024 1:54:19 PM | SENT |
| Beverly Congdon | | bcongdon@lynnllp.com | 3/4/2024 1:54:19 PM | SENT |
| Michael K. Hurst | 10316310 | mhurst@lynnllp.com | 3/4/2024 1:54:19 PM | SENT |
| Aizar J. Karam | 796860 | akaram@karamlawfirm.com | 3/4/2024 1:54:19 PM | SENT |
| Raymond L. Thomas | 19865350 | rthomas@raythomaspc.com | 3/4/2024 1:54:19 PM | SENT |
| Ricardo Pumarejo | 24056168 | ricardo@pumarejolaw.com | 3/4/2024 1:54:19 PM | SENT |
| Gina Flores | | gflores@lynnllp.com | 3/4/2024 1:54:19 PM | SENT |

Associated Case Party: Amanda Lopez Vela

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Alyssa Romero | 24084725 | alr@gflawoffices.com | 3/4/2024 1:54:19 PM | SENT |
| George Farah | 24040882 | gkf@gflawoffices.com | 3/4/2024 1:54:19 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Nancy Karnes | | nkarnes@gdhm.com | 3/4/2024 1:54:19 PM | SENT |
| Jim Hemphill | | jhemphill@gdhm.com | 3/4/2024 1:54:19 PM | SENT |

Associated Case Party: JoseG.Vela

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Annie Martin on behalf of Andrew Nelson
Bar No. 24074801
martin@wrightclosebarger.com
Envelope ID: 85162326
Filing Code Description: Motion
Filing Description: Appellees' Second Unopposed Motion for Extension of Time to File Brief
Status as of 3/4/2024 1:57 PM CST

Associated Case Party: JoseG.Vela

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Oscar Alvarez | 24036133 | oscar@alvarezatty.com | 3/4/2024 1:54:19 PM | SENT |

Associated Case Party: OGT, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Todd Wright | 24010493 | twright@graulawgroup.com | 3/4/2024 1:54:19 PM | SENT |
| James Grau | 8306350 | jgrau@graulawgroup.com | 3/4/2024 1:54:19 PM | SENT |

Associated Case Party: Delaware G&P, LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jerry Joe Knauff | 24032517 | jknauff@mklawpc.com | 3/4/2024 1:54:19 PM | SENT |

Associated Case Party: EnLink Midstream Operating, LP

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew C.Nelson | | nelson@wrightclosebarger.com | 3/4/2024 1:54:19 PM | SENT |
| Brittany R.Greger | | greger@wrightclosebarger.com | 3/4/2024 1:54:19 PM | SENT |